53 So.2d 892

### James W. GRAHAM v. CITY OF BIRMINGHAM.

### 6 Div. 217.

Court of Appeals of Alabama.
April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.